UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 13-15280
RAMT Development, Inc., an Illinois )
corporation )
) Chapter: 11
)
) Honorable Jacqueline Cox
)
)
Debtor(s) )

## FOURTEENTH ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of RAMT Development, Inc., debtor/debtor-in-possession herein ("Debtor"), For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

A) The Debtor is authorized to use cash collateral during the period June 1, 2014, through and including June 30, 2014, to the extent set forth on Exhibit A attached hereto plus no more than ten (10%) percent of the proposed expense payments.

B) In return for the Debtor's continued interim use of cash collateral, Plaza Bank (the "Lender") is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit the Lender to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Lender evidence of that which constitutes its collateral or proceeds;

4. The Debtor will properly maintain the Properties, as defined in the Motion, in good repair and properly manage the Properties; and

5. The Lender shall be granted post-petition replacement liens on the assets of the Debtor only to the extent and validity of the Lender's pre-petition liens.

C) A final hearing on the Motion is scheduled before this Court on June 26, 2014, at 10:30 a.m.

Rev: 20130104_bko

Enter:

*Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: May 20, 2014

**Prepared by:**

John H. Redfield
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312-641-6777

Rev: 20130104_bko

# RAMT DEVELOPMENT INC

1030 S LaGrange Suite 10

LaGrange IL 60525

Tel (708) 482-0201  Fax (708) 482-0185

E- mail : ramtdevelopmentinc@yahoo.com

Monthly budget for Ramt Development Inc

June 2014

Monthly budget including two properties ( 3900 Wehrman Schiller Park IL and 3601-07 W 53 Rd Street Chicago IL ) and office expenses

| Item | Amount |
|---|---|
| 3900 Wehrman Schiller Park IL | $ 17,556 |
| 3601-07 W 53 Rd Street Chicago IL | $ 7,450 |
| Court fee | $ 542 |
| Payroll | $ 2,500 |
| Accounting (All Tax Services , Income Tax ) | $ 400 |
| Office rent | $ 500 |
| Tel/fax | $ 150 |
| Office Suply | $ 150 |
| Total Expenses | $ 29,248 |
| Total Income | $ 49,350 |

# RAMT DEVELOPMENT INC

1030 S LaGrange Suite 10

LaGrange IL 60525

Tel (708) 482-0201  Fax (708) 482-0185

E- mail : ramtdevelopmentinc@yahoo.com

Monthly budget for Ramt Development Inc

June  2014

3601-07 W 53 Rd Street Chicago IL

| | | |
|---|---|---|
| Property Tax | ( $ 30,000 Yearly :12 Escrow) | $ 2,500 |
| Association fee | | $ 1,300 |
| Management | | $   930 |
| Insurance | | $   220 |
| Repair Cost ( estimate ) | | $ 1,600 |
| Attorneys fee ( Including eviction charges ) | | $   900 |
| **Total Expenses** | | **$ 7,450** |

Total rent average $ 1,550 x 12 = $ 18,600 – one rent average is vacant or more because tenant does not pay the rent

$ 18,000 – 1,550 = $ 17,050

Total income $ 17,050

# RAMT DEVELOPMENT INC

1030 S LaGrange Suite 10

LaGrange IL 60525

Tel (708) 482-0201  Fax (708) 482-0185

E- mail : ramtdevelopmentinc@yahoo.com

Monthly budget for Ramt Development Inc

June 2014

3900 Wehrman Schiller Park  Illinois

| Item | Detail | Amount |
|---|---|---:|
| Property Tax | ( $ 120,000 Yearly :12 Escrow) | $ 10,021 |
| Management  ( 5%) | | $    930 |
| Insurance | | $    650 |
| Repair Cost ( estimate ) | | $ 2,400 |
| Garbage | | $    375 |
| Attorneys fee ( Including eviction charges ) | | $ 1,300 |
| Test Sprinkler System ( Back Flow ) | | $ 0,000 |
| Snow Removal | | $ 0,000 |
| Landscaping    Repair and clean up ) | | $ 1, 400 |
| Clean up and Temper | | $    480 |
| **Total Expenses** | | **$ 17,556** |

Total rent average $ 1,700 x 20 = $ 34,000 – one rent average is vacant or more because tenant does not pay the rent

$ 34,000 - $ 1,700 = $ 32,300

Total income $ 32,300